# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1313

_____

United States of America,         *
         *
         Appellee,      *   Appeal from the United States
         *   District Court for the Southern
   v.          *   District of Iowa.
         *
Edward Green Harrison,     *     [UNPUBLISHED]
         *
         Appellant.     *

_____

Submitted:  July 2, 2002

Filed:  July 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Edward Green Harrison, who is serving a federal sentence of life imprisonment after a jury found him guilty of drug-related offenses, appeals the district court's judgment denying his 28 U.S.C. § 2255 motion. Because all of Harrison's arguments rely on Apprendi v. New Jersey, 530 U.S. 466 (2000), we agree with the district court that Harrison is not entitled to relief in this collateral proceeding. See United States v. Moss, 252 F.3d 993, 9095 (8th Cir. 2001), cert. denied, 122 S. Ct. 848 (2002). Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.